**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darryl Glen RILEY, a/k/a Kendu,**
**Defendant–Appellant.**

**No. 14–7688.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 2, 2015.

Darryl Glen Riley, Appellant pro se. Michael Ronald Gill, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Glen Riley appeals the district court's order denying his motion for modification of sentence under 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Riley*, No. 3:98–cr00101–HEH–1 (E.D.Va. Oct. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*